|  |  |
|---|---|
| Dennis Sumlin, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Collars & Company, Inc.,<br><br>    Defendant. | **United States District Court**<br>**Southern District Of New York**<br><br>Case No.: 1:25-cv-2529<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: July 18, 2025

_____
Michael H. Cohen, Esq.
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street
Flushing, NY 11367
O: (844) 731-3343
T: (917) 437-3737
Email: mcohen@ealg.law
*Attorney for Plaintiff*

_____
David Stein
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, NY 10018
P: (212) 308-3444
C: (646) 334-4419
Email: dstein@steinllp.com
*Attorney for Defendant*

Dated: July 21, 2025
      New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE